1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

5

6

7              IN THE UNITED STATES DISTRICT COURT FOR

8                 THE EASTERN DISTRICT OF CALIFORNIA

9                              AT FRESNO

10 Joan Holloway            )
                            )   No. 1:05-CV-275 AWI DLB
11                          )
         Plaintiff,         )   STIPULATION AND ORDER
12                          )
   vs.                      )
13                          )
   JO ANNE B. BARNHART,     )
14 Commissioner of Social   )
   Security,                )
15                          )
         Defendant.         )
16 _____)

17

18     IT IS HEREBY STIPULATED by and between the parties as follows: that

19 appellant be granted a 30 day extension of time, until November 4, 2005 , in which to file

20 and serve Plaintiff's Opening brief.  All remaining actions under the scheduling order filed,

21 February 25, 2005, shall proceed under the time limit guidelines set therein.

22     Defendant informed Counsel that a letter was sent on August 30, 2005, denying

23 Plaintiff's Confidential Letter Brief.  Counsel did not receive said letter which must have

24 been inadvertently lost in the mail.

25     This is Plaintiff's first request for an extension of time to file an Opening Brief.

26 Plaintiff needs the additional time to further review the file and prepare a brief in this

27 matter.

28 / /

| | | |
|---|---|---|
| 1 | Dated:  October 5, 2005 | /s/ Gina Fazio |
| 2 | | GINA FAZIO, |
| | | Attorney for Plaintiff. |
| 3 | Dated: October 6, 2005 | |
| 4 | | MCGREGOR SCOTT |
| | | United States Attorney |
| 5 | | |
| 6 | | By: /s/ Kimberly A. Gaab |
| | | (as authorized via facsimile) |
| | | Kimberly A. Gaab |
| 7 | | Assistant U.S. Attorney |

   IT IS SO ORDERED.

   Dated:   **October 7, 2005**                  **/s/ Dennis L. Beck**
3c0hj8                                           UNITED STATES MAGISTRATE JUDGE