# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOAN HOLLOWAY, | ) | 1:05cv0275 AWI DLB |
| | ) | |
| Plaintiff, | ) ) ) | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| v. | ) ) | (Document 20) |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) ) ) ) ) | |
| Defendant. | ) ) | |

Plaintiff filed her complaint for review of the final decision of the Commissioner of Social Security on February 22, 2005.

On January 29, 2006, the Magistrate Judge issued Findings and Recommendation that Plaintiff's appeal be denied and judgment be entered in favor of Defendant.  This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within fifteen (15) days of the date of service of the order.  Over fifteen (15) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued January 29, 2006, is ADOPTED IN FULL; and

2. Plaintiff's appeal is DENIED.

IT IS SO ORDERED.

Dated:   **August 23, 2006**               /s/ Anthony W. Ishii
0m8i78                                   UNITED STATES DISTRICT JUDGE